

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kelly Shane Hearne, Appellant

No. 06-22-00046-CV        v.

Riversource Life Insurance Company and
Ameriprise Financial Services, LLC,
Appellees

Appeal from the 62nd District Court of
Lamar County, Texas (Tr. Ct. No. 91038).
Opinion delivered by Chief Justice Stevens,
Justice van Cleef and Justice Rambin
participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Kelly Shane Hearne, pay all costs incurred by reason of this appeal.

RENDERED MAY 16, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk